# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2878
LT Case No. 2016-CF-000482-A

_____

HERIBERTO BERRIOS-APONTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Heriberto Berrios-Aponte, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton and Rebecca Rock McGuigan, Assistant Attorneys
General, Daytona Beach, for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————